**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00123-CV**
_____

**OZMAN MOHIUDDIN AND UB LABORATORIES, INC., Appellants**

**V.**

**NSIMA EKERE, Appellee**

_____

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Cause No. 2020-22838**
_____

**MEMORANDUM OPINION**

Ozman Mohiuddin and UB Laboratories, Inc., Appellants, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMSSED.

PER CURIAM

1

Submitted on March 16, 2022
Opinion Delivered March 17, 2022

Before Kreger, Horton and Johnson, JJ.